AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Gale, Joseph H. | 2. Court or Organization<br><br>U.S. Tax Court | 3. Date of Report<br><br>08/13/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - Active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>U.S. Tax Court<br>400 Second St., N.W.<br>Washington, D.C. 20217 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vertex Pharmaceuticals, Inc. common stock | | None | N | T | | | | | |
| 2. Wells Fargo & Co. New common stock | A | Dividend | J | T | | | | | |
| 3. Intel Corp. common stock | C | Dividend | M | T | | | | | |
| 4. Cisco Systems, Inc. common stock | C | Dividend | L | T | Sold<br>(part) | 02/14/19 | K | E | |
| 5. Trust #1 | | | | | | | | | |
| 6. - Rental Property #1, Smithfield, VA $225,600 | E | Rent | M | S | | | | | |
| 7. - Rental Property #2, Smithfield, VA $220,000 | E | Rent | M | S | | | | | |
| 8. - CAIBX mutual fund | A | Dividend | | | Sold<br>(part) | 11/26/19 | J | A | |
| 9. | | | | | Sold | 12/16/19 | L | D | |
| 10. - AMECX mutual fund | C | Dividend | L | T | | | | | |
| 11. - Rental property #3, Smithfield, VA $388,700 | E | Rent | N | S | | | | | |
| 12. Chevron Corp. common stock | C | Dividend | M | T | | | | | |
| 13. Teradata Corp DEL common stock | | None | J | T | | | | | |
| 14. Invesco Van Kampen Hi Yield Mun. Fund Class A mut. fund | A | Int./Div. | J | T | | | | | |
| 15. Achillion Pharma Inc. common stock | | None | J | T | | | | | |
| 16. Apple Inc. common stock | C | Dividend | N | T | | | | | |
| 17. Exxon Mobil Corp. common stock | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Inherited IRA-Charles Schwab & Co., Inc. | | | | | | | | | |
| 19. - Achillion Pharma Inc. common stock | None | | J | T | | | | | |
| 20. - Akamai Technologies common stock | None | | | | Sold | 06/10/19 | K | E | . |
| 21. - Alibaba Group Hldg FADR | None | | L | T | | | | | |
| 22. - Amazon Com. Inc. common stock | None | | O | T | Buy | 12/05/19 | L | | |
| 23. | | | | | Buy | 12/06/19 | L | | |
| 24. | | | | | Buy | 12/09/19 | M | | |
| 25. | | | | | Buy | 12/19/19 | L | | |
| 26. | | | | | Buy | 12/26/19 | K | | |
| 27. - Chevron Corp. common stock | None | | L | T | Buy | 12/18/19 | K | | |
| 28. | | | | | Buy | 12/19/19 | K | | |
| 29. - Cisco Systems Inc. common stock | None | | N | T | Buy | 12/05/19 | K | | |
| 30. | | | | | Buy | 12/06/19 | L | | |
| 31. | | | | | Buy | 12/09/19 | L | | |
| 32. | | | | | Buy | 12/17/19 | M | | |
| 33. | | | | | Buy | 12/24/19 | K | | |
| 34. - Facebook Inc. Class A common stock | None | | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Fire Eye Inc. common stock | | None | K | T | | | | | |
| 36. - Gilead Sciences Inc. common stock | A | Dividend | K | T | | | | | |
| 37. - GoPro Inc. common stock | | None | J | T | | | | | |
| 38. - Sprint Corp. common stock | | None | K | T | Buy | 12/09/19 | K | | |
| 39. - Schwab Value Advantage money market fund | D | Dividend | O | T | Buy | 01/17/19 | J | | |
| 40. | | | | | Buy | 02/19/19 | J | | |
| 41. | | | | | Buy | 03/18/19 | J | | |
| 42. | | | | | Buy | 03/29/19 | J | | |
| 43. | | | | | Buy | 04/16/19 | J | | |
| 44. | | | | | Buy | 05/16/19 | J | | |
| 45. | | | | | Buy | 06/10/19 | K | | |
| 46. | | | | | Buy | 06/18/19 | J | | |
| 47. | | | | | Buy | 07/01/19 | J | | |
| 48. | | | | | Buy | 07/16/19 | J | | |
| 49. | | | | | Buy | 08/16/19 | J | | |
| 50. | | | | | Buy | 09/17/19 | J | | |
| 51. | | | | | Buy | 09/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/16/19 | J | | |
| 53. | | | | | Buy | 11/20/19 | J | | |
| 54. | | | | | Sold (part) | 12/03/19 | L | | |
| 55. | | | | | Sold (part) | 12/05/19 | L | | |
| 56. | | | | | Sold (part) | 12/06/19 | M | | |
| 57. | | | | | Sold (part) | 12/17/19 | L | | |
| 58. | | | | | Sold (part) | 12/18/19 | J | | |
| 59. | | | | | Sold (part) | 12/19/19 | K | | |
| 60. | | | | | Sold (part) | 12/20/19 | L | | |
| 61. | | | | | Sold | 12/30/19 | L | | |
| 62. Truist Financial Corp. common stock | A | Dividend | K | T | | 12/09/19 | J | | See Note 1 |
| 63. Gilead Sciences Inc. common stock | B | Dividend | K | T | | | | | |
| 64. Imperial TOB Gp PLC ADRF common stock | A | Dividend | J | T | | | | | |
| 65. Medtronic Inc. common stock | A | Dividend | K | T | | | | | |
| 66. Mondelez Int'l Inc. CLA common stock | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 67. Sprint Corp common stock | | None | J | T | | | | | |
| 68. SunTrust Banks Inc. common stock | A | Dividend | | | Merged (with line 62) | 12/09/19 | J | A | See Note 1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco High Yield Fund Class A mutual fund | A | Dividend | J | T | | | | | |
| 70. American Fund Europacific mutual fund | A | Dividend | J | T | | | | | |
| 71. American Fund Income Fund mutual fund | A | Dividend | J | T | | | | | |
| 72. Charles Schwab & Co. Roth IRA | | | | | | | | | |
| 73. - Amazon Com. Inc. common stock | | None | J | T | Buy | 12/30/19 | J | | |
| 74. - Schwab Value Advantage money market fund | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 75. | | | | | Buy | 02/15/19 | J | | |
| 76. | | | | | Buy | 03/15/19 | J | | |
| 77. | | | | | Buy | 04/15/19 | J | | |
| 78. | | | | | Buy | 05/15/19 | J | | |
| 79. | | | | | Buy | 06/17/19 | J | | |
| 80. | | | | | Buy | 07/15/19 | J | | |
| 81. | | | | | Buy | 08/15/19 | J | | |
| 82. | | | | | Buy | 09/16/19 | J | | |
| 83. | | | | | Buy | 10/15/19 | J | | |
| 84. | | | | | Buy | 11/15/19 | J | | |
| 85. | | | | | Sold (part) | 12/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy | 12/31/19 | J | | |
| 87. Charles Schwab & Co. Inherited IRA | | | | | | | | | |
| 88. - Citigroup Inc. subordinated notes | A | Interest | J | T | | | | | |
| 89. - AT&T Inc. common stock | A | Dividend | K | T | Buy | 12/19/19 | K | | |
| 90. - Bank of America Corp. common stock | A | Dividend | J | T | | | | | |
| 91. - Facebook Inc. Class A common stock | | None | K | T | | | | | |
| 92. - Schwab Value Advantage money market fund | A | Dividend | J | | Buy | 02/05/19 | J | | |
| 93. | | | | | Buy | 02/19/19 | J | | |
| 94. | | | | | Buy | 03/18/19 | J | | |
| 95. | | | | | Buy | 04/01/19 | J | | |
| 96. | | | | | Buy | 05/01/19 | J | | |
| 97. | | | | | Buy | 05/02/19 | J | | |
| 98. | | | | | Buy | 05/16/19 | J | | |
| 99. | | | | | Buy | 06/18/19 | J | | |
| 100. | | | | | Buy | 07/01/19 | J | | |
| 101. | | | | | Buy | 07/16/19 | J | | |
| 102. | | | | | Buy | 08/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 08/16/19 | J | | |
| 104. | | | | | Buy | 09/17/19 | J | | |
| 105. | | | | | Buy | 09/30/19 | J | | |
| 106. | | | | | Buy | 10/16/19 | J | | |
| 107. | | | | | Buy | 11/01/19 | J | | |
| 108. | | | | | Buy | 11/04/19 | J | | |
| 109. | | | | | Buy | 11/20/19 | J | | |
| 110. | | | | | Sold (part) | 12/05/19 | J | | |
| 111. | | | | | Sold (part) | 12/19/19 | K | | |
| 112. Charles Schwab & Co. Rollover IRA | | | | | | | | | |
| 113. - Fire Eye Inc. common stock | | None | J | T | | | | | |
| 114. - Amazon Com. Inc. common stock | | None | L | T | Buy | 12/30/19 | L | | |
| 115. - Schwab Value Advantage money market fund | B | Dividend | L | T | Buy | 01/10/19 | J | | |
| 116. | | | | | Buy | 01/17/19 | J | | |
| 117. | | | | | Buy | 02/19/19 | J | | |
| 118. | | | | | Buy | 03/18/19 | J | | |
| 119. | | | | | Buy | 04/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 05/16/19 | J | | |
| 121. | | | | | Buy | 06/18/19 | J | | |
| 122. | | | | | Buy | 07/16/19 | J | | |
| 123. | | | | | Buy | 08/16/19 | J | | |
| 124. | | | | | Buy | 09/17/19 | J | | |
| 125. | | | | | Buy | 10/16/19 | J | | |
| 126. | | | | | Buy | 11/20/19 | J | | |
| 127. British American Tobacco common stock | A | Dividend | J | T | | | | | |
| 128. Dow Dupont common stock | A | Dividend | | | Redeemed | 06/05/19 | K | | See Note 2 |
| 129. Corteva, Inc. common stock | A | Dividend | J | T | Distributed | 06/03/19 | J | | See Note 2 |
| 130. Dow Inc. common stock | A | Dividend | J | T | Distributed | 04/02/19 | J | | See Note 2 |
| 131. Dupont De Nemours common stock | A | Dividend | K | T | Distributed | 06/03/19 | K | | See Note 2 |
| 132. FRDPX mutual fund | A | Dividend | K | T | | | | | |
| 133. Schwab Value Advantage money market fund | D | Dividend | N | T | Sold (part) | 01/07/19 | J | | |
| 134. | | | | | Sold (part) | 01/11/19 | J | | |
| 135. | | | | | Buy | 02/01/19 | J | | |
| 136. | | | | | Sold (part) | 02/06/19 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2 Value Codes (See Columns C1 and D3)
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3 Value Method Codes (See Column C2)
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Buy | 02/15/19 | K | | |
| 138. | | | | | Sold (part) | 03/06/19 | J | | |
| 139. | | | | | Sold (part) | 03/08/19 | J | | |
| 140. | | | | | Sold (part) | 03/13/19 | J | | |
| 141. | | | | | Sold (part) | 03/15/19 | J | | |
| 142. | | | | | Buy | 03/18/19 | J | | |
| 143. | | | | | Sold (part) | 03/19/19 | K | | |
| 144. | | | | | Sold (part) | 03/26/19 | J | | |
| 145. | | | | | Sold (part) | 03/27/19 | J | | |
| 146. | | | | | Sold (part) | 04/15/19 | L | | |
| 147. | | | | | Sold (part) | 05/10/19 | K | | |
| 148. | | | | | Sold (part) | 05/14/19 | J | | |
| 149. | | | | | Sold (part) | 05/15/19 | J | | |
| 150. | | | | | Sold (part) | 05/23/19 | K | | |
| 151. | | | | | Sold (part) | 06/07/19 | J | | |
| 152. | | | | | Sold (part) | 07/02/19 | J | | |
| 153. | | | | | Sold (part) | 07/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 07/09/19 | J | | |
| 155. | | | | | Sold (part) | 07/10/19 | J | | |
| 156. | | | | | Sold (part) | 07/11/19 | J | | |
| 157. | | | | | Sold (part) | 08/06/19 | J | | |
| 158. | | | | | Sold (part) | 08/22/19 | J | | |
| 159. | | | | | Sold (part) | 08/23/19 | J | | |
| 160. | | | | | Sold (part) | 08/28/19 | J | | |
| 161. | | | | | Sold (part) | 09/10/19 | J | | |
| 162. | | | | | Sold (part) | 09/13/19 | J | | |
| 163. | | | | | Sold (part) | 09/16/19 | J | | |
| 164. | | | | | Sold (part) | 09/20/19 | J | | |
| 165. | | | | | Sold (part) | 10/04/19 | J | | |
| 166. | | | | | Sold (part) | 10/09/19 | J | | |
| 167. | | | | | Sold (part) | 10/15/19 | J | | |
| 168. | | | | | Sold (part) | 10/22/19 | J | | |
| 169. | | | | | Sold (part) | 11/07/19 | J | | |
| 170. | | | | | Sold (part) | 11/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 11/25/19 | J | | |
| 172. | | | | | Sold<br>(part) | 12/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

Note 1: On 12/9/19, the name of BB&T Corp. was changed to Truist Financial Corp., and that corporation was merged with SunTrust Banks, Inc. In connection with the merger, cash in lieu of fractional shares equal to "J" was distributed, producing a gain of "A".

Note 2: On 4/2/19, Dow Dupont effected a spin off of shares of Dow, Inc. plus a distribution of cash in lieu of fractional shares in the amount of "J." On 6/3/19, Dow Dupont effected a reverse stock split, terminating itself and creating instead shares of Corteva, Inc. and Dupont De Nemours Inc. In connection with the reverse stock split, cash in lieu of fractional shares of Corteva, Inc. and Dupont De Nemours, Inc., equal to "J" and "J", respectively, was distributed, producing gains of "A" and "A", respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph H. Gale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544